

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-20-00325-CV

| | | |
|---|---|---|
| PHARUS FUNDING LLC AS ASSIGNEE OF LHR, INC., Appellant | § | On Appeal from County Court at Law No. 3 |
| | § | of Tarrant County (2006-043006-3) |
| V. | § | October 14, 2021 |
| SHERI L. SUSON, Appellee | § | Memorandum Opinion by Justice Womack |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that appellant Pharus Funding LLC as Assignee of LHR, Inc. shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dana Womack
Justice Dana Womack